No. 3844.—PASTRANA ET AL., apltes., *v.* CENTRAL PASTO VIEJO, INC.—C. D. Humacao. Feb. 8, 1926. A la moción de la parte apelada solicitando la desestimación del recurso, apareciendo de la certificación presentada por el apelante que si bien es cierto que la tramitación del recurso ha tardado en exceso del término razonable, ello se ha debido a la situación anormal por que la Corte de Distrito de Humacao atraviesa en relación con el trabajo del taquígrafo y que éste se encuentra dedicado a ultimar la exposición del caso y asegura que la presentará el día 6 de febrero actual, *no ha lugar.*

EX PARTE LUCIEN LONGCHAMP.—Feb. 9, 1926. Habiendo probado el peticionario finalmente haber practicado activamente su profesión en la corte Federal por el período de dos años que requiere la Ley No. 17 aprobada en mayo 20, 1925, para enmendar la sección 4ª de la Ley No. 38, determinando reglas para el ejercicio de la profesión de abogado, etc., aprobada en abril 13, 1916, se admitió al peticionario al ejercicio de la abogacía sin examen.

No. 3602.—SANTIAGO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. Humacao. Feb. 9, 1926. Habiendo sido presentada el 16 de marzo de 1925 la transcripción de los autos para esta apelación sin que desde entonces el apelante haya presentado su alegato escrito dentro de los diez días siguientes a la radicación de la transcripción, como dispone la regla 42 de este tribunal, ni solicitado prórroga para presentarlo, se desestimó esta apelación a instancia del apelado.

No. 3842.—ASOCIACIÓN FONDO DE AHORRO Y PRÉSTAMOS DE LOS EMPLEADOS DEL GOBIERNO INSULAR, aplda., *v.* SANTIAGO CARMONA ET AL., apltes.—C. D. San Juan. Feb. 9, 1926. Siendo el presente un caso procedente de la corte municipal y apelado a la de distrito, y no habiéndose interpuesto el recurso contra la sentencia de la corte de distrito dentro de los 15 días a que se refiere el estatuto, se desestimó la apelación.